

# United States District Court
# Eastern District of California

| Raul Arzate Hernandez | Case Number: | 1:26-cv-03713 DC JDP |

Plaintiff(s)

V.

| Todd Blanche, et al., |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Stephen O'Connor _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Raul Arzate Hernandez

On _____ 11/02/2007 _____ (date), I was admitted to practice and presently in good standing in the

_____ Texas Supreme Court _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____ 06/15/2026 _____     Signature of Applicant: /s/ _____ Stephen O'Connor _____

---

U.S. District Court – Pro Hac Vice Application                                                    Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Stephen O'Connor

Law Firm Name: O'Connor & Associates PLLC

Address: 7703 N Lamar Blvd, Ste 300

City: Austin          State: TX     Zip: 78752

Phone Number w/Area Code: (512) 617 9600

City and State of Residence: Austin, TX

Primary E-mail Address: steve@oconnorimmigration.com

Secondary E-mail Address: oconnor_sjd@yahoo.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Laxman Adhikari

Law Firm Name: Adhikari Law and Associates PC

Address: 1390 Market St

City: San Francisco          State: CA     Zip: 94102

Phone Number w/Area Code: (650) 483 8614          Bar # 361256

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 30, 2026

Dena Coggins
United States District Judge